United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:24-CR-00497 |
| | § | |
| EDUARDO CUELLAR | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on September 17, 2024. A petition for action on pretrial release was filed on January 28, 2025 with the Court alleging that Defendant violated conditions 7(a) and 7(m) of his bond conditions ordering that: (1) Defendant must refrain submit to supervision by and report for supervision to the USPO-McAllen Division. Defendant must follow any instructions given by USPO; and (2) Defendant must refrain from any use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. (D.E. 24). Defendant stood silent on the allegations. The government offered Exhibits 1 and 2 and proffered the testimony of U.S. Probation also without objection. The Court **FINDS** the allegations to be true.

The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe that Defendant has committed another Federal, State, or local offense while on pretrial release;

(2) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(3) Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on February 6, 2025.

_____
Julie K. Hampton
United States Magistrate Judge